IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

AUG 2 2 2019

JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. 4:19CR33 |
| v. | ) | |
| | ) | In violation of: |
| DEACTAVEIUS LAMONT DILLARD | ) | 18 U.S.C. § 922(o) |

# INDICTMENT

## COUNT ONE

The Grand Jury chargers that:

1. On or about May 29, 2019, in the Western District of Virginia, the defendant DEACTAVEIUS LAMONT DILLARD, did knowingly possess a machinegun, that is, a Glock, Model 36, .45 Auto caliber firearm, modified by the addition of a machinegun-conversion device.

2. All in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

A TRUE BILL, this 22 day of August, 2019.

*s/Grand Jury Foreperson*
FOREPERSON

_____
THOMAS T. CULLEN
UNITED STATES ATTORNEY

1